UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| IN RE:<br>Howard & Carol Smallwood<br><br>Debtors,<br>_____/ | CHAPTER 13<br>CASE NO. 08-71475-pjs<br>JUDGE PHILLIP J. SHEFFERLY |
|---|---|

ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>Marrs & Terry, PLLC</u>, attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3000.00in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 3000.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.

X The Debtor(s) Plan payments shall be increased to <u>$1481.00</u> per <u>month</u> effective the <u>28th</u> day of <u>April, 2009</u>.

X Creditors rights to object to this Order Confirming Plan are preserved for 25 days from date of service of same, by debtors' counsel

X 2nd Mortgage creditor TCF Bank shall be treated as a class 2 claim in the amount of $635.26/month and class 4 claim in the amount of $3176.30, to be cured in 36 months.

X The class 5 claim of Bank of America shall be secured to a value of $6500.00 to be cured in 60 months, with balance of their claim to be treated as a Class 8 general unsecured claim.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/ David Wm. Ruskin<br>DAVID WM. RUSKIN (P26803)<br>CHAPTER 13 TRUSTEE<br>26555 Evergreen Road<br>1100 Travelers Towers<br>Southfield, MI 48076-4251<br>248-352-7755<br>dwr@det13.com | /s/ Kurt Steinke<br>Kurt Steinke, Attorney for<br>CREDITOR: Bank of America | /s/ Jeffrey G. Bennett<br>Jeffrey G. Bennett (P43946)<br>Marrs & Terry, PLLC<br>ATTORNEY FOR DEBTOR<br>6553 Jackson Road<br>Ann Arbor, MI 48103<br>734-663-0555<br>marrsandterry@yahoo.com |

.

**Signed on May 05, 2009**

                    **\_\_\_ \_/s/ Phillip J. Shefferly \_ \_\_**
                    **Phillip J. Shefferly**
                    **United States Bankruptcy Judge**